AUSA:   Rawsthorne          Telephone:  (810) 766-5177
AO 91 (Rev. 11/11)  Criminal Complaint          Special Agent:      Dunn, FBI          Telephone:  (810) 239-5775

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
  v.

Dedrick Anthony Williams,

Case No.

Case: 2:24−mj−30480
Assigned To : Unassigned
Assign. Date : 11/7/2024
Description: CMP USA V.
WILLIAMS (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ October 21, 2024 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

There is probable cause to believe that on or about October 21, 2024, in the Eastern District of Michigan, Dedrick Anthony Williams,
violated 18 U.S.C. § 922(g)(1) (felon in possession of a friearm).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Dunn, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence and/or by
reliable electronic means.

_____
*Judge's signature*

Date:  November 7, 2024

City and state:  Detroit, MI

Hon. Kimberly Altman,  United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Michael Dunn, being first duly sworn, hereby depose and state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice, currently assigned to the FBI's Detroit Division – Flint Resident Agency.  I have been employed by the FBI since July of 2019.  I make this affidavit from personal knowledge based on my participation in this investigation, information from others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.  The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

2.      The FBI is currently investigating Dedrick Anthony Williams, date of birth XX/XX/1987, for a violation of federal law, felon in possession of a firearm in violation of 18 U.S.C. § 922(g).

3.      On October 21, 2024, at approximately 6:00 a.m., the FBI executed a search warrant at ***** Bramell Street, Detroit, Michigan, the residence of Dedrick Williams.  The search warrant was issued in the United States District Court for the Eastern District of Michigan.

4.     At the time of the search warrant execution, no occupants were located inside the residence.  During the search of the residence, the FBI collected multiple items of evidence, including the following three firearms:

    i.   One (1) Sig Sauer P938 Firearm, Serial #52B094233

    ii.  One (1) Glock 29 Firearm, Serial #BNNU174

    iii. One (1) Ruger LCP Firearm, Serial #379062118

5.     The three firearms were recovered at different locations within the main living area adjacent to the front door.  Below are photographs capturing where the firearms were located at the time of the search:







6.     On top of the couch where two firearms were located, were two pieces of opened mail, addressed to Dedrick Williams at ***** Bramell Street, Detroit, Michigan.  The dates listed on the postage of the envelopes are October 15, 2024, and October 17, 2024.

7.     The search of the residence also identified additional pieces of mail addressed to Dedrick Williams at ***** Bramell Street.  An additional item of evidence seized during the search was a cellular telephone, which contained a text message from another phone number which addressed the recipient of the text as "Dedrick anthony".

8.     On October 22, 2024, ATF Special Agent Dustin Hurt determined that the three firearms were manufactured outside the State of Michigan and are firearms as defined in Title 18, United States Code, Chapter 44, Section 921(a)(3).

9.     A review of Dedrick Williams' criminal history records identified a 2012 conviction for felony unarmed robbery.  The records also identified 2018 convictions for felony carrying concealed weapon and felony firearm possession by a felon, and a 2022 conviction for felony weapons – possession or sale of Taser.

10. Based upon the information contained herein, I have probable cause to believe that Dedrick Williams has committed the offense of felon in possession of a firearm, contrary to 18 U.S.C. § 922(g).

Michael Dunn
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence and/or by reliable electronic means on this 7th day of November, 2024.

Honorable Kimberly Altman
United States Magistrate Judge

6